# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cameron O'Toole, | No. CV-17-02332-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Valley Collection Service LLC, | |
| Defendant. | |

Upon review of the parties' Stipulation for Dismissal (Doc. 37), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 37). The above-entitled matter is hereby dismissed with prejudice, and the putative class's claims against Defendant are dismissed without prejudice. Each party will bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all pending motions (Doc. 28) are deemed moot.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 12th day of June, 2018.

Honorable John J. Tuchi
United States District Judge